# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA CHEREE GILMORE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23-201 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| LOUIS DEJOY, ) | |
| *POSTMASTER GENERAL*, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

For the reasons that follow, Defendants Postmaster General Louis DeJoy's and Postmaster Manager Brian Arthrell's Motion to Dismiss (Doc. 41) will be granted, and the Amended Complaint (Doc. 35) will be dismissed with prejudice.

The Court afforded Plaintiff Tara Cheree Gilmore, "one final opportunity to perfect her claims," *see* Oct. 15, 2024 Mem. Order (Doc. 33) at 2, and warned her that "simply listing citations to [attachments] in her response to the government's motion to dismiss," *id.*, would "leave[ ] Defendants and the Court guessing the facts of Plaintiff's claims," *id.* She was warned that a failure to perfect her claims would result in those claims being summarily dismissed. Plaintiff has failed to heed that directive and, as such, her claims will be dismissed.

Plaintiff has once again listed header after header, citing to a meandering collection of attachments. It appears that this is her attempt to address Defendants' arguments concerning her prior deficiencies. *See generally* Am. Compl. (Doc. 35). Even under the most liberal construction, however, Plaintiff's claims fail to satisfy Rule 8. *See* Gov't Mot. Dismiss Br. (Doc.

42) at 6 (citing *Twombly* and Kinnard v. Wetzel, No. 1:21-cv-01582, 2022 U.S. Dist. LEXIS 244092, at *2, 7–8 (M.D. Pa. Jan. 4, 2022)).[1]

Accordingly, and after a careful review of the record, Defendants Postmaster General Louis DeJoy's and Postmaster Manager Brian Arthrell's Motion to Dismiss (Doc. 41) is **GRANTED**. Consistent with the Court's prior admonitions, Plaintiff's Amended Complaint (Doc. 35) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

June 30, 2025

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):
Tara Cheree Gilmore
310 Tower Road
Dawson, PA 15428

cc (via ECF email notification):

All Counsel of Record

---

[1] Although the original complaint attempted to invoke the ADA, Rehab Act, and the Civil Rights Act of 1991, the governing Amended Complaint only references the Civil Rights Act of 1991, which does not provide an independent cause of action. *See* Gov't Mot. Dismiss Br. 6–7 (listing cases).