# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARA CHEREE GILMORE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 23-201 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| LOUIS DEJOY, ) | |
| POSTMASTER GENERAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

IT IS SO ORDERED.

June 30, 2025                              s/Cathy Bissoon
                                           Cathy Bissoon
                                           United States District Judge

cc (via ECF email notification):

All Counsel of Record